COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-407-CV

 

RICHARD
AND ANN GREENE                                               APPELLANTS

 

                                                   V.

 

HAYES,
COFFEY & BERRY, P.C.                                               APPELLEE

 

                                               ----------

          FROM
COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the parties= AJoint
Motion To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the
appellants, for which let execution issue.

PER CURIAM

PANEL D:   MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

 

DELIVERED:  January 26, 2006











[1]See Tex. R. App. P. 47.4.